IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| DAVE & BUSTER'S, INC. | \* |
| Plaintiff, | \* |
| v. | \*   CASE NO. 8:13-cv-03390-RWT |
| WHITE FLINT MALL, LLLP f/k/a WHITE FLINT LIMITED PARTNERSHIP | \* |
| Defendant. | \* |

## NOTICE OF APPEAL

Plaintiff Dave & Buster's, Inc. hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Opinion and Order of the United States District Court for the District of Maryland dated March 24, 2014 in the above-captioned case.[1]

Date:  April 22, 2014

Respectfully submitted,

/s/
Edward S. Scheideman
Paul D. Schmitt
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Attorneys for Plaintiff
Dave & Buster's, Inc.

---

[1] Counsel for Plaintiff recognizes that, as of the filing of this Notice, the Court has not yet ruled on whether it will finalize its Order as to Count One for appeal, pursuant to Fed. R. Civ. P. 54(b). However, to preserve its rights, Plaintiff is filing this Notice to ensure compliance with the 30-day deadline set forth by Fed. R. App. P. 4. See Goodman v. Johnson, 471 Fed.Appx. 114, 2012 WL 1111106 (4th Cir. 2012) (holding that plaintiff did not file timely notice of appeal as to claim pending reconsideration and subject to Rule 54(b), as plaintiff did not comply with 30-day deadline from date of original order). The Fourth Circuit's "cumulative finality" rule allows any jurisdictional defect to be cured should this Court decide to finalize Count One for appeal. See Smith v. Watson, No. 13–7858, 2014 WL 842570 (4th Cir. Mar. 5, 2014) ("When a notice of appeal is premature, the jurisdictional defect can be cured if the district court enters a final judgment prior to our consideration of the appeal under the doctrine of cumulative finality.").

EAST\75296703.1
224074-000064

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| DAVE & BUSTER'S, INC. | * |
| Plaintiff, | * |
| v. | *   CASE NO. 8:13-cv-03390-RWT |
| WHITE FLINT MALL, LLLP f/k/a WHITE FLINT LIMITED PARTNERSHIP | * |
| Defendant. | * |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2014, copies of the foregoing Notice of Appeal was sent via electronic filing to:

> Albert D. Brault
> James M. Brault
> BRAULT GRAHAM, LLC
> 101 S. Washington Street
> Rockville, Maryland 20850
>
> Attorneys for Defendant White Flint Mall, LLLP f/k/a
> White Flint Limited Partnership

                              /s/
                              Edward S. Scheideman