IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DAVE & BUSTER'S, INC.** | * | |
| Plaintiff/Counter Defendant, | * | |
| v. | * | Case No. RWT 13-cv-3390 |
| **WHITE FLINT MALL, LLLP** | * | |
| Defendant/Counter Claimant. | * | |

## ORDER

Upon consideration of the Defendant's Motion for Summary Judgment on its Counterclaim [ECF No. 27], the Plaintiff's Opposition [ECF No. 30], and the reply thereto [ECF No. 37], the arguments presented by counsel at a hearing held before the undersigned on July 21, 2014, and for the reasons stated on the record, it is this 21st day of July, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that the Defendant's Motion for Summary Judgment on its Counterclaim [ECF No. 27] is **GRANTED**; and it is further

**ORDERED**, that this Court **ADJUDGES AND DECLARES** that the Lease between the parties has been validly terminated and that the Defendant is entitled to immediate possession of the leasehold premises; and is further

**ORDERED**, that Count II of the Plaintiff's Complaint is hereby **DISMISSED**, the Plaintiff having abandoned any claim for damages arising out of any violation of the express terms of the Lease between the parties; and it is further

**ORDERED,** that with the consent of the parties, the date by which the Plaintiff must vacate the premises is **STAYED** for thirty days from the date of this Order; and it is further

**ORDERED**, that if the Plaintiff does not vacate the premises within thirty days in accordance with this final judgment, the Defendant may request issuance by this Court of a Writ of Restitution; and it is further

**ORDERED**, that the Plaintiff's oral motion to stay the case pending appeal is **DENIED WITHOUT PREJUDICE** to renew by written motion; and it is further

**ORDERED**, that **FINAL JUDGMENT FOR COSTS** be entered in favor of the Defendant without prejudice to its right to submit a motion for an award of attorney's fees; and it is further

**ORDERED**, that the Clerk is directed to **CLOSE** this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE