# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                   **GREENBELT, MARYLAND 20770**
                                                                                                                      **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *Dave & Buster's, Inc. v. White Flint Mall, LLP*
               RWT 13-cv-3390

DATE:     July 31, 2014

\* \* \* \* \* \* \* \* \*

The Court is in receipt of Plaintiff's Motion to Alter/Amend Judgment (ECF No. 46) and Renewed Motion to Stay (ECF No. 48). The Defendant is directed to respond to both motions on or before Tuesday, August 5, 2014 by 12:00 p.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                             /s/
                                           Roger W. Titus
                                     United States District Judge