# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| DAVE & BUSTER'S, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.  8:13-cv-03390-RWT |
| | * | |
| WHITE FLINT MALL, LLLP f/k/a | * | |
| WHITE FLINT LIMITED PARTNERSHIP | * | |
| | * | |
| Defendant. | * | |
| | * | |

## PLAINTIFF DAVE & BUSTER'S, INC.'S NOTICE OF INTENT TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR RECOVERY OF ATTORNEYS' FEES AND COSTS

Plaintiff Dave & Buster's, Inc. ("Dave & Buster's"), by and through its undersigned counsel, hereby serves notice of its intent to file a Response in Opposition to Defendant's Motion for Recovery of Attorneys' Fees and Costs (ECF No. 52).  In accordance with Local Rule 109, Dave & Buster's will timely submit its Response once Defendant has filed the required Memorandum in support of Defendant's Motion.

Date: August 13, 2014

Respectfully submitted,

/s/
Edward S. Scheideman
Paul D. Schmitt
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

Attorneys for Plaintiff
Dave & Buster's, Inc., a Missouri corporation

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| DAVE & BUSTER'S, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 8:13-cv-03390-RWT |
| | * | |
| WHITE FLINT MALL, LLLP f/k/a | * | |
| WHITE FLINT LIMITED PARTNERSHIP | * | |
| | * | |
| Defendant. | * | |
| | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 13th day of August 2014 a true an accurate copy of the foregoing Plaintiff Dave & Buster's, Inc.'s Notice of Intent to file a Response in Opposition to Defendant's Motion for Recovery of Attorneys' Fees and Costs, was e-filed and served via the ECF filing system on:

> Albert D. Brault
> James M. Brault
> BRAULT GRAHAM, LLC
> 101 S. Washington Street
> Rockville, Maryland 20850
>
> Attorneys for White Flint Mall, LLLP f/k/a
> White Flint Limited Partnership

                                             /s/
                                             Edward S. Scheideman